UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANAY EMMONS,

    Plaintiff,

v.

FIRST STUDENT, INC.,

    Defendant.

Case No. 19-cv-02964-SI

**ORDER IN ANTICIPATION OF HEARING ON MOTION TO DISMISS**

Having reviewed the parties' submissions regarding defendant First Student, Inc.'s motion to dismiss, the Court hereby ORDERS the following documents be filed with the Court **before 10:00 a.m. on Thursday January 23, 2020**:

    1. A copy of plaintiff's September 17, 2018 complaint submitted to the Department of Fair Employment and Housing (see Dkt. No. 23 ¶ 31 – First Amended Complaint); and

    2. A copy of the letter from Ms. Emmons' doctor described in her opposition to the motion to dismiss. Dkt. No. 28 at 8 ("As part of the first EEOC charge, Plaintiff presented as evidence to the EEOC a letter from her doctor that in (sic) informs (right up top), 'Ms. Emmons is now a 36 year-old transgender female ....'").

**IT IS SO ORDERED**.

Dated: January 21, 2020

_____
SUSAN ILLSTON
United States District Judge